# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMERIFACTORS FINANCIAL GROUP, LLC,**

      **Plaintiff,**

v.                                             Case No: 6:16-cv-1511-Orl-31DCI

**MIKE B. MIKE, III ,**

      **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Third Amended Motion for Default Final Judgment Against Mike B. Mike, III (Doc. 20), filed April 6, 2017.

On October 20, 2017, the United States Magistrate Judge issued a report (Doc. 22) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED in part** as follows.

    a. The Court finds that Defendant breached the 2015 Guaranty;

    b. The Clerk is directed to enter default judgment against Defendant with respect to the 2015 Guaranty and awarding Plaintiff a total of $121,288.80;

3. In all other respects, the Motion is **DENIED**.

4. After entry of judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 8, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party